UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-22638-FAM

JESUS GONZALEZ, an individual,

    Plaintiff,

v.

CRP/INSITE CLIPPER, LLC d/b/a
B OCEAN RESORT,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, JESUS GONZALEZ, by and through undersigned counsel, hereby notifies the Court that it is dismissing this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                Respectfully submitted,

                By: s/Nolan Klein
                Nolan Klein, Esq.
                Florida Bar No. 647977
                E-mail: klein@nklegal.com
                LAW OFFICES OF NOLAN KLEIN
                5550 Glades Road, Suite 500
                Boca Raton, FL 33431
                Telephone: (954) 745-0588