UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **20-22638-CIV-MORENO**

JESUS GONZALEZ,

        Plaintiff,

vs.

CRP/INSITE CLIPPER, LLC *d/b/a* B OCEAN RESORT,

        Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (**D.E. 10**), filed on **July 31, 2020**.

THE COURT has considered the Notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  Defendant has neither answered the Complaint nor moved for summary judgment.  It is

**ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, with each party bearing its own fees and costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Furthermore, all pending motions are **DENIED AS MOOT** with leave to renew if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st of July 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record